FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 01 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CODY WHITNEY,

    Defendant.

Citation No. F3822679
Mag. No. M-06-4172-1

Order to Quash Summons and Close Case

The Court hereby orders that the Summons issued to the above named defendant be quashed and close this case. The Clerk of the Court is hereby ordered to close this case.

DATED this 1st day of ~~October~~ Nov., 2006.

Michael W. Leavitt
United States Magistrate Judge

Order to Quash - 1